EXHIBIT - 1

**Notice of Action**

# THE UNITED STATES OF AMERICA

| LIN-02-157-52787 | | CASE TYPE I140 IMMIGRANT PETITION FOR ALIEN WORKER |
|---|---|---|
| **RECEIPT DATE** April 11, 2002 | **PRIORITY DATE** April 12, 2001 | **PETITIONER** KITSAP CHILDRENS CLINIC LLP |
| **NOTICE DATE** November 5, 2002 | **PAGE** 1 of 1 | **BENEFICIARY** SEN, SUMIT |

| | |
|---|---|
| ANN A. RUBEN ESQ<br>STEEL RUDNICK & RUBEN<br>1608 WALNUT STREET SUITE 1500<br>PHILADELPHIA PA 19103 | **Notice Type:** Approval Notice<br>**Section:** Mem of Profession w/Adv Deg,or<br>of Exceptn'l Ability<br>Sec.203(b)(2) |

The above petition has been approved. The petition indicates that the person for whom you are petitioning is in the United States and will apply for adjustment of status. He or she should contact the local INS office to obtain Form I-485, Application for Permanent Residence. A copy of this notice should be submitted with the application, with appropriate fee, to this Service Center. Additional information about eligibility for adjustment of status may be obtained from the local INS office serving the area where he or she lives, or by calling 1-800-375-5283.

If the person for whom you are petitioning decides to apply for a visa outside the United States based on this petition, the petitioner should file Form I-824, Application for Action on an Approved Application or Petition, with this office to request that we send the petition to the Department of State National Visa Center (NVC).

The NVC processes all approved immigrant visa petitions that require consular action. The NVC also determines which consular post is the appropriate consulate to complete visa processing. It will then forward the approved petition to that consulate.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

---

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-323-7830**



# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I140 |
|---|---|---|
| LIN-02-157-52787 | | IMMIGRANT PETITION FOR ALIEN WORKER |

| RECEIVED DATE | PRIORITY DATE | PETITIONER |
|---|---|---|
| April 11, 2002 | | KITSAP CHILDRENS CLINIC LLP |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| April 11, 2002 | 1 of 1 | SEN, SUMIT |

ANN A. RUBEN ESQ
STEEL RUDNICK & RUBEN
1608 WALNUT STREET SUITE 1500
PHILADELPHIA PA 19103

**Notice Type:** Receipt Notice

Amount received: $ 135.00
Section: Mem of Profession w/Adv Deg, or
of Exceptn'l Ability
Sec.203(b)(2)

The above application or petition has been received. It usually takes 60 to 75 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit the INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 402-323-7830



EXHIBIT - 2

# THE UNITED STATES OF AMERICA

| | | | |
|---|---|---|---|
| **RECEIPT NUMBER**<br>LIN-03-139-51084 | | **CASE TYPE** I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| **RECEIVED DATE**<br>March 27, 2003 | **PRIORITY DATE** | **APPLICANT** A73 012 771<br>SEN, SUMIT | |
| **NOTICE DATE**<br>March 28, 2003 | **PAGE**<br>1 of 1 | | |

ANN A. RUBEN
STEEL RUDNICK & RUBEN
1608 WALNUT STREET SUITE 1500
PHILADELPHIA PA 19103

**Notice Type:** Receipt Notice

**Amount received:** $ 305.00

**Section:** Adjustment as direct
beneficiary of immigrant
petition

The above application or petition has been received. It usually takes 450 to 480 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-323-7830**



Form I-797C (Rev. 09/07/93) N

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-139-51119 | | CASE TYPE   I485    APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>March 27, 2003 | PRIORITY DATE | APPLICANT   A96 496 862<br>DURAN, MARIA C. |
| NOTICE DATE<br>March 28, 2003 | PAGE<br>1 of 1 | |

| | |
|---|---|
| ANN A. RUBEN<br>STEEL RUDNICK & RUBEN<br>1608 WALNUT STREET SUITE 1500<br>PHILADELPHIA PA 19103 | Notice Type:  Receipt Notice<br><br>Amount received: $  305.00<br><br>Section: Derivative adjustment |

The above application or petition has been received.  It usually takes 450 to 480 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number 402-323-7830 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get-up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
**Customer Service Telephone: 402-323-7830**



Form I-797C (Rev. 09/07/93) N

EXHIBIT- 3

U.S. Department of Homeland Security
Washington, DC 20528



U.S. Citizenship
and Immigration
Services

March 30, 2007

Refer To File No.
LIN 03 139 51119

MARIA CRISTINA DURAN
64 OAK KNOLL LOOP
WALNUT CREEK CA 94596

Dear Addressee:

We received notification that your **address has changed**. If that is incorrect please contact the Service Center immediately.

If your address has changed you must also complete an AR-11 Change of Address form and mail it to the following address in order for us to completely process your address change:

> Department of Homeland Security
> Change of Address
> P.O. Box 7134
> London, KY  40742-7134

An AR-11 form has been provided on the reverse of this letter for your convenience. Where possible, please provide an A-number or other identifying numbers. *You must complete the Form AR-11 and mail it to the above London, KY address. Failure to complete all applicable sections may delay processing of the form.*

Please disregard this notice if you have submitted an AR-11 form to DHS/USCIS within the last two weeks to the address listed above.

You may obtain additional copies of the AR-11 form on our web site at <http://www.uscis.gov> or by contacting our National Customer Service Center at (800) 375-5283.

Sincerely,

F. Gerard Heinauer
Director

www.uscis.gov

**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

Thursday, July 27, 2006

ANN RUBEN
STEEL RUDNICK AND RUBEN
1608 WALNUT ST
STE 1500
PHILADELPHIA PA 19103

**ATTORNEY/PARALEGAL COPY**

SUMIT SEN
64 OAK KNOLL LOOP
WALNUT CREEK CA 94596

Dear SUMIT SEN:

On 07/26/2006 you, or the designated representative shown below, contacted us about your case. Some of the key
information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | CRAVEN, MELISSA |
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | ANN RUBEN |
| **Case type:** | I131 |
| **Filing date:** | 05/06/2006 |
| **Receipt #:** | LIN-05-165-53107 |
| **Beneficiary (if you filed for someone else):** | SEN, SUMIT |
| **Your USCIS Account Number (A-number):** | A073012771 |
| **Type of service requested:** | Case Status - Outside Processing Time |
| | Change of Address |

The status of this service request is:

Recently, you called us to update your address. We have updated your address in our systems and on your
application or petition. Thank you for notifying us of your change of address. If you change your address again in
the future, please contact customer service at the number provided below.
Your case is pending security checks

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

One final note: When you called you or your representative asked that we update your address on your pending
case for the purpose of processing. We have updated your address. Your address now appears on your application
or petition as the address shown above.

Please remember:  By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form.  If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you.  If you move, please call us with your new address information as soon as your move is complete.  If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**Teresa Ruoff**

| | |
|---|---|
| **From:** | Ann A. Ruben |
| **Sent:** | Wednesday, May 10, 2006 2:09 PM |
| **To:** | Teresa Ruoff |
| **Subject:** | FW: [NEWSENDER] - Nebraska Service Center Inquiry Form From Ann Ruben - Message is from an unknown sender |

```
Ann A. Ruben
STEEL, RUDNICK & RUBEN
1608 Walnut Street
Suite 1500
Philadelphia, PA   19103
215-546-4333  (tel)
215-546-4222  (fax)

-----Original Message-----
From: aruben@srrlaw.us [mailto:aruben@srrlaw.us]
Sent: Wednesday, May 10, 2006 10:42 AM
To: nscliaison@aila.org
Cc: Ann A. Ruben
Subject: [NEWSENDER] - Nebraska Service Center Inquiry Form From Ann Ruben - Message is
from an unknown sender

Date: 5/10/2006

We are in receipt of your Service Center Liaison Assistance Form. Below are your
responses. Please print out and keep for your files.

Form Type: I-131 other apps, I-485 Employment based

Other Type:

Attorney's Name: Ann Ruben
Email: aruben@srrlaw.us
Phone: 215.546.4333
Fax: 215.546.4222

Firm: Steel, Rudnick & Ruben
Member No: 2759

I824 Case Type:

I485 Current: Yes
PD Month: Apri
PD Day: 12
PD Year: 2001
PD Classification: EB-2
PD Country: Taiwan

G-28 Attorney: Ann A. Ruben

Receipt Date: March 27, 2003

Applicant Name: Sumit SEN

BenA_Name: Sumit Sen (I-485)
BenA_Birth: 11/20/1962
BenA_Anumber: 73012771
BenA_Receipt_No: LIN-03-139-51084
```

1

```
BenB_Name: Sumit Sen (I-131)
BenB_Birth: 11/20/1962
BenB_Anumber: 73012771
BenB_Receipt_No: LIN-05-165-53107

BenC_Name:
BenC_Birth:
BenC_Anumber:
BenC_Receipt_No:

Problem: I-485 application is long overdue.  I-131 application also is long overdue
(received May 6, 2005).

NCSC_Date A: August 30, 2005
NCSC_Response A: Delays due to background checks.
NCSC_Action A: yes

NCSC_Date B: 0 0, 0
NCSC_Response B:
NCSC_Action B:

NCSC_Date C: 0 0, 0
NCSC_Response C:
NCSC_Action C:

RFE A: no
RFE Response Date A: 0 0, 0
RFE Response A:

RFE B:
RFE Response Date B: 0 0,
RFE Response B:

RFE C:
RFE Response_Date C: 0 0, 0
RFE Response C:

Office_Transfer: No
Office_Name:
Transfer_Date_Month: 0
Transfer_Date_Day: 0
Transfer_Date_Year: 0

Confirmation: yes
```

## Teresa Ruoff

**From:**     Ann A. Ruben
**Sent:**     Wednesday, May 10, 2006 2:07 PM
**To:**     Teresa Ruoff
**Subject:** FW: AILA NSC Liaison Committee Assistance

Ann A. Ruben
TEEL, RUDNICK & RUBEN
608 Walnut Street
Suite 1500
Philadelphia, PA   19103
215-546-4333  (tel)
215-546-4222  (fax)

From: Rossana Lo [mailto:rlo@aila.org]
Sent: Wednesday, May 10, 2006 10:47 AM
To: Ann A. Ruben
Subject: AILA NSC Liaison Committee Assistance

Dear AILA Member,

The case listed below has been forwarded to NSC Liaison Committee member Melanie Corrin.

Please allow her at least four weeks before expecting a response.  Remember that the AILA liaison member does not control the turn-around time for an USCIS response.

Note: Attorneys will be advised by the AILA liaison if additional information is needed for their case.  In the event that the attorney does not submit this information within eight (8) weeks, the case will be removed from the AILA liaison chart.

Please also remember that attorneys should ALWAYS meet any USCIS deadline -- even if AILA liaison is involved in the case.

Thank you.

Sincerely,
Rossana Lo
Liaison and Information Associate
American Immigration Lawyers Association

| 77.485* | | | | |
|---|---|---|---|---|
| EB-2, Taiwan | LIN-03-139-51084 (I-485) LIN-05-165-53107 (I-131) A73012771 | Ann Ruben P: 215.546.4333 F: 215.546.4222 | SEN, Sumit | Both the I-131 and I-485 are ONPT. Filed 3/27/03. 8/30/05=NCSC said delays due to background checks. I-485 current; PD=4/12/01; EB-2; Taiwan. |
| and I-131 | | | | |

| 05-165-53097 (I-131) A96496862 | | | |
|---|---|---|---|

-----Original Message-----
**From:** Teresa Ruoff [mailto:TRuoff@SRRLaw.us]
**Sent:** Thursday, December 01, 2005 3:42 PM
**To:** Rossana Lo
**Cc:** Ann A. Ruben
**Subject:** DURAN I-131

Hi Rosanna,

Ms. Duran's receipt number for her I-131 is LIN-05-165-53097.  Thanks so much for your help.

Teri


———

Teresa Ruoff
Paralegal
STEEL, RUDNICK & RUBEN
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103-5457
Phone:  (215) 546-4333
Fax:  (215) 546-4222
TRuoff@srrlaw.us

  

ImmigrationTracker has asked the USCIS Online Case Status Service for the status of your case. Here's the response:

**Case Status**

**Receipt Number: LIN0313951084**

**Application Type: I485, Application to Register Permanent Residence or to Adjust Status**

**Current Status:**

On June 30, 2005, we responded to your request for more information concerning your case. If you have not received our response within 30 days from this date, please call customer service at 1-800-375-5283.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

Get Acrobat Reader

05-10-2006 10:12 AM EDT

For your convenience, here is a link to the USCIS.gov web site.





ImmigrationTracker has asked the USCIS Online Case Status Service for the status of your case. Here's the response:

**Case Status**

**Receipt Number: LIN0313951119** *Maria*

**Application Type: I485, Application to Register Permanent Residence or to Adjust Status**

**Current Status:**

Your I485 Application to Register Permanent Residence or to Adjust Status was received on March 28, 2003. We mailed you a receipt with information about processing. It is taking between 570 and 600 days for us to process this kind of case. We will mail you a decision as soon as processing is complete.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 – 5283 or 1-800-767-1833 (TTY).

[ New Search ]

[ Printer Friendly Case Status ]

[ Get Acrobat Reader ]

05-10-2006 10:13 AM EDT

For your convenience, here is a link to the USCIS.gov web site.

# Teresa Ruoff

| | |
|---|---|
| **From:** | Melanie Corrin [mcorrin@allott.com] |
| **Sent:** | Friday, March 24, 2006 6:24 PM |
| **To:** | Teresa Ruoff |
| **Subject:** | RE: Update |

Thanks! You too.


Melanie K. Corrin
Attorney
Allott Immigration Law Firm
2305 E. Arapahoe Road, Ste. 100
Centennial, CO 80239
(303) 797-8055
mcorrin@allott.com

Confidentiality Note: The information contained in this electronic mail is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at 303-797-8055 and return the original message to us at the above listed address via electronic mail. Thank you.

---

**From:** Teresa Ruoff [mailto:TRuoff@SRRLaw.us]
**Sent:** Friday, March 24, 2006 4:24 PM
**To:** Melanie Corrin
**Subject:** RE: Update

Melanie,

Thanks so much! I'd love to see case approvals, but I'll take anything I can tell the clients - they are both MDs, very nice. This has been so frustrating for them. I will pass the info on . . . thanks again and have a good weekend.

Teri

---

**From:** Melanie Corrin [mailto:mcorrin@allott.com]
**Sent:** Friday, March 24, 2006 6:17 PM
**To:** Teresa Ruoff
**Subject:** Update

Teri - this is the latest update I just received from the Liaison. Sorry - I hope it helps a little.


Melanie K. Corrin

AILA inquiries from Ann Ruben (AILA #2759) Page 2 of 6
RE: Pri Case 3:07-cv-04588-SC   Document 1-2   Filed 09/05/2007   Page 18 of 32

,orney
Allott Immigration Law Firm
2305 E. Arapahoe Road, Ste. 100
Centennial, CO 80239
(303) 797-8055
mcorrin@allott.com

Confidentiality Note: The information contained in this electronic mail is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at 303-797-8055 and return the original message to us at the above listed address via electronic mail. Thank you.

---

**To:** Melanie Corrin
**Subject:** RE: Prior AILA inquiries from Ann Ruben (AILA #2759)

I485
LIN0313951084
A73012771
03/27/2003

SEN, SUMIT
23661 COBURG PLACE NW
POULSBO WA 98370

Attorney of record:
RUBEN, ANN A
STEEL RUDNICK & RUBEN
1608 WALNUT STREET SUITE 1500
PHILADELPHIA PA 19103

HISTORY STATUS
06/30/2005 11:35 CUSTOMER INQUIRY RESPONSE SENT
04/08/2003 09:24 ADDRESS CHANGE
03/28/2003 13:45 RECEIPT NOTICE SENT
03/28/2003 09:56 RECEIVED

---

Form: I131
Receipt: LIN-05-165-53107
Received Date : 05/06/2005

A #: A73012771   DOB: 11/20/1962   COA:
Name: SEN          , SUMIT
Street: 23661 COBURG PLACE NW
City: POULSBO        State: WA   ZIP: 98370-
COB: INDIA      Sex: M
Petition Type.

3/24/2006

D  I am applying for an Advance Parole to allow return to U.S....

Attorney of record:
Name: RUBEN                    , ANN         A
Firm/VOLAG: STEEL RUDNICK & RUBEN
Street: 1608 WALNUT STREET SUITE 1500
City: PHILADELPHIA        State: PA   ZIP: 19103

Status History:
05/06/2005 | RECEIPT NOTICE SENT
05/06/2005 | RECEIVED

++++++++++++++++++++++++++++++++++++++++++++++++

I485
LIN0313951119
A77551790
03/27/2003

DURAN, MARIA CRISTINA
23661 COBURG PLACE NW
POULSBO WA 98370

Attorney of record:
RUBEN, ANN A
STEEL RUDNICK & RUBEN
1608 WALNUT STREET SUITE 1500
PHILADELPHIA PA 19103

HISTORY STATUS
05/05/2005 16:08 A NUMBER CHANGE
04/08/2003 13:45 ADDRESS CHANGE
03/28/2003 13:45 RECEIPT NOTICE SENT
03/28/2003 10:02 RECEIVED

_____

Form: I131
Receipt: LIN-05-165-53097
Received Date : 05/06/2005

A #: A96496862    DOB: 12/13/1966   COA:
Name: DURAN              , MARIA CRISTINA
Street: 23661 COBURG PLACE NW
City: POULSBO        State: WA   ZIP: 98370-
COB: TAIWA       Sex: F
Petition Type.──────────────────────────────────
D  I am applying for an Advance Parole to allow return to U.S....

Attorney of record:
Name: RUBEN              , ANN         A

3/24/2006

Firm/VOLAG: STEEL RUDNICK & RUBEN
Street: 1608 WALNUT STREET SUITE 1500
City: PHILADELPHIA        State: PA    ZIP: 19103

Status History:
05/06/2005 | RECEIPT NOTICE SENT
05/06/2005 | RECEIVED

Melanie,

The above listed applications are all currently awaiting clearance of a security review. I have requested that SEN, SUMIT be schedule for new fingerprints and biometrics. Once all security checks have cleared the cases should proceed for adjudication.

If you have any additional questions please contact us again.

_____

From: Melanie Corrin [mailto:mcorrin@allott.com]
Sent: Thursday, March 23, 2006 11:10 AM
To: Nebraska, ILS
Subject: FW: Prior AILA inquiries from Ann Ruben (AILA #2759)


Can I please get an update on these, I thought I had received them, but I guess not....

Thank you!


Melanie K. Corrin
Attorney
Allott Immigration Law Firm
2305 E. Arapahoe Road, Ste. 100
Centennial, CO 80239
(303) 797-8055
mcorrin@allott.com

Confidentiality Note: The information contained in this electronic mail is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at 303-797-8055 and return the original message to us at the above listed address via electronic mail. Thank you.


Hello Rosanna and Happy New Year,

    I am writing to follow up on the I-485/I-131 inquiries for Sumit Sen and Maria Cristina Duran (principal and wife) made on 12/1/05, 11/30/2005 and 9/20/05.  The last inquiries were submitted to Scott Wright - we have

heard nothing back regarding this or the other inquiries.

The I-485 applications have been pending with Nebraska since 03/28/2003.

The I-131 application have been pending since 05/06/2005.

Sumit SEN's information is as follows:

A73012771
I-485 Receipt No. LIN-03-139-51084
I-131 Receipt No. LIN-05-165-53107

Maria Cristina DURAN's information is:

A96496862 (old) or A77551790 (new)
    I-485 Receipt No. LIN-03-139-51119
I-131 Receipt No. LIN-05-165-53097

Rosanna, I suspect that Dr. Duran's A# may partially be an issue. We have learned from Dr. Sen that USCIS consolidated the A96496862 into A77551790 for the purpose of her I-765 application and USCIS has indicated this number should be used for future filings.

As you can imagine, we are concerned about both applications but foremost the I-131 applications that now have been pending for 8 months.

Would it be possible for you to contact Scott and see if he has been able to learn anything? It has now been over 4 weeks since our last inquiry.

Thank you so much for your help and I look forward to hearing back from you.

Teri Ruoff on behalf of Ann Ruben (AILA #2759)

---

From: Rossana Lo [mailto:rlo@aila.org]
Sent: Thursday, December 01, 2005 3:54 PM
To: Ann A. Ruben; Teresa Ruoff
Subject: FW: DURAN I-131

Hi, Teri and Ann,

Thanks for Ms. Duran's LIN # for her I-131. I've forwarded this additional information to NSC Liaison Committee member Scott Wright and requested he contact Ann at his earliest convenience with an update on the I-485s and I-131s.

Below is your copy of what I've sent to Scott.

3/24/2006

Thank you.

Best wishes,
Rossana

206.485*
EB

and I-131      03-139-51084 (I-485)
05-165-53107 (I-131)
A73012771

03-139-51119 (I-485)
05-165-53097 (I-131)
A96496862      Ann Ruben
P: 215.546.4333
F: 215.546.4222  SEN, Sumit

     DURAN, Maria Cristina (wife)     ONPT. Filed EB I-485 on 3/27/03, and I-131 on 5/6/05. Ms. Duran's country
of birth is TAIWAN and cross-chargeability applies.   was # 176.485, but this is a new, 2nd inquiry
aruben@srrlaw.us <mailto:aruben@srrlaw.us>

          -----Original Message-----
          From: Teresa Ruoff [mailto:TRuoff@SRRLaw.us]
          Sent: Thursday, December 01, 2005 3:42 PM
          To: Rossana Lo
          Cc: Ann A. Ruben
          Subject: DURAN I-131


          Hi Rosanna,

          Ms. Duran's receipt number for her I-131 is LIN-05-165-53097.  Thanks so much for your help.


          Teri


          ———

          Teresa Ruoff
          Paralegal
          STEEL, RUDNICK & RUBEN
          1608 Walnut Street, Suite 1500
          Philadelphia, PA 19103-5457
          Phone:  (215) 546-4333
          Fax:  (215) 546-4222
          TRuoff@srrlaw.us

## Teresa Ruoff

| | |
|---|---|
| **From:** | Rossana Lo [rlo@aila.org] |
| **Sent:** | Wednesday, March 22, 2006 10:24 AM |
| **To:** | Teresa Ruoff |
| **Cc:** | Ann A. Ruben |
| **Subject:** | RE: Prior AILA inquiries from Ann Ruben (AILA #2759) |

Dear Teri and Ann,

Thanks for your email.  I've forwarded it to Melanie and requested she contact you with an update.

Please let me know if there's anything else I can do to help.

Best wishes,
Rossana

> -----Original Message-----
> **From:** Teresa Ruoff [mailto:TRuoff@SRRLaw.us]
> **Sent:** Wednesday, March 22, 2006 10:22 AM
> **To:** Rossana Lo
> **Cc:** Ann A. Ruben
> **Subject:** FW: Prior AILA inquiries from Ann Ruben (AILA #2759)
>
> Hello Rosanna,
>
> I am so sorry to contact you again regarding these inquiries (see below), but we have not heard from Melanie yet and these I-131 applications have been pending since May 2005, not to mention that the I-485 applications have been pending since March 2003.  Can you please look into the status of these inquiries again?
>
> Thanks so much,
> Teri and Ann
>
> ---
>
> **From:** Rossana Lo [mailto:rlo@aila.org]
> **Sent:** Wednesday, February 15, 2006 4:21 PM
> **To:** Teresa Ruoff
> **Cc:** Ann A. Ruben
> **Subject:** RE: Prior AILA inquiries from Ann Ruben (AILA #2759)
>
> Hi, Teri and Ann!
>
> Thanks for your email.
>
> Scott has stepped down from the committee for personal reasons.
> Melanie Corrin has replaced him.
>
> I just emailed her to request she get an update from the NSC and then contact you directly.  Please give her a few days to do this; NSC's email servers are being switched so we can't contact them via the usual email address for a few days.
>
> Thanks!

## Teresa Ruoff

| | |
|---|---|
| **From:** | Teresa Ruoff |
| **Sent:** | Wednesday, March 22, 2006 10:22 AM |
| **To:** | Rossana Lo |
| **Cc:** | Ann A. Ruben |
| **Subject:** | FW: Prior AILA inquiries from Ann Ruben (AILA #2759) |

Hello Rosanna,

I am so sorry to contact you again regarding these inquiries (see below), but we have not heard from Melanie yet and these I-131 applications have been pending since May 2005, not to mention that the I-485 applications have been pending since March 2003.  Can you please look into the status of these inquiries again?

Thanks so much,
Teri and Ann

---

**From:** Rossana Lo [mailto:rlo@aila.org]
**Sent:** Wednesday, February 15, 2006 4:21 PM
**To:** Teresa Ruoff
**Cc:** Ann A. Ruben
**Subject:** RE: Prior AILA inquiries from Ann Ruben (AILA #2759)

Hi, Teri and Ann!

Thanks for your email.

Scott has stepped down from the committee for personal reasons.
Melanie Corrin has replaced him.

I just emailed her to request she get an update from the NSC and then contact you directly.  Please give her a few days to do this; NSC's email servers are being switched so we can't contact them via the usual email address for a few days.

Thanks!

Best wishes,
Rossana

> -----Original Message-----
> **From:** Teresa Ruoff [mailto:TRuoff@SRRLaw.us]
> **Sent:** Wednesday, February 15, 2006 4:08 PM
> **To:** Rossana Lo
> **Cc:** Ann A. Ruben
> **Subject:** FW: Prior AILA inquiries from Ann Ruben (AILA #2759)
>
> Hello Rosanna,
>
> Re below, we still have not heard anything concerning these inquiries from Scott Roseland.  Can you please advise?  We appreciate your help.
>
> Teri

3/22/2006

**From:** Teresa Ruoff
**Sent:** Monday, January 09, 2006 11:30 AM
**To:** 'rlo@aila.org'
**Subject:** Prior AILA inquiries from Ann Ruben (AILA #2759)

Hello Rosanna and Happy New Year,

I am writing to follow up on the I-485/I-131 inquiries for Sumit Sen and Maria Cristina Duran (principal and wife) made on 12/1/05, 11/30/2005 and 9/20/05. The last inquiries were submitted to Scott Wright - we have heard nothing back regarding this or the other inquiries.

The I-485 applications have been pending with Nebraska since 03/28/2003.

The I-131 application have been pending since 05/06/2005.

Sumit SEN's information is as follows:

A73012771
I-485 Receipt No. LIN-03-139-51084
I-131 Receipt No. LIN-05-165-53107

Maria Cristina DURAN's information is:

A96496862 (old) or **A77551790 (new)**
I-485 Receipt No. LIN-03-139-51119
I-131 Receipt No. LIN-05-165-53097

Rosanna, I suspect that Dr. Duran's A# may partially be an issue. We have learned from Dr. Sen that USCIS consolidated the A96496862 into **A77551790** for the purpose of her I-765 application and USCIS has indicated this number should be used for future filings.

As you can imagine, we are concerned about both applications but foremost the I-131 applications that now have been pending for 8 months.

Would it be possible for you to contact Scott and see if he has been able to learn anything? It has now been over 4 weeks since our last inquiry.

Thank you so much for your help and I look forward to hearing back from you.

Teri Ruoff on behalf of Ann Ruben (AILA #2759)

**From:** Rossana Lo [mailto:rlo@aila.org]
**Sent:** Thursday, December 01, 2005 3:54 PM
**To:** Ann A. Ruben; Teresa Ruoff
**Subject:** FW: DURAN I-131

Hi, Teri and Ann,

Thanks for Ms. Duran's LIN # for her I-131. I've forwarded this additional information to NSC Liaison Committee member Scott Wright and requested he contact Ann at his earliest convenience with an update on the I-485s and I-131s.

Below is your copy of what I've sent to Scott.

Thank you.

Best wishes,
Rossana

| 206.485*<br>EB<br><br>and I-131 | 03-139-51084 (I-485)<br>05-165-53107 (I-131)<br>A73012771<br><br>03-139-51119 (I-485)<br>05-165-53097 (I-131)<br>A96496862 | Ann Ruben<br>P: 215.546.4333<br>F: 215.546.4222 | SEN, Sumit<br><br>DURAN, Maria<br>Cristina (wife) | ONPT. Filed EB I-485 on 3/27/03, a<br>on 5/6/05. Ms. Duran's country of bi<br>TAIWAN and cross-chargeability ap |

-----Original Message-----
**From:** Teresa Ruoff [mailto:TRuoff@SRRLaw.us]
**Sent:** Thursday, December 01, 2005 3:42 PM
**To:** Rossana Lo
**Cc:** Ann A. Ruben
**Subject:** DURAN I-131

Hi Rosanna,

Ms. Duran's receipt number for her I-131 is LIN-05-165-53097.  Thanks so much for your help.

Teri

_____

Teresa Ruoff
Paralegal
STEEL, RUDNICK & RUBEN
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103-5457
Phone:  (215) 546-4333
Fax:  (215) 546-4222
TRuoff@srrlaw.us

3/22/2006

 

ImmigrationTracker has asked the USCIS Online Case Status Service for the status of your case.
Here's the response:

**Case Status**

**Receipt Number: LIN0313951084**    *Sunit*

**Application Type: I485, Application to Register Permanent Residence or to Adjust Status**

**Current Status:**

On June 30, 2005, we responded to your request for more information concerning your case. If you have not received our response within 30 days from this date, please call customer service at 1-800-375-5283.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 – 5283 or 1-800-767-1833 (TTY).

[ New Search ]

[ Printer Friendly Case Status ]

[ Get Acrobat Reader ]

03-22-2006 10:15 AM EST
For your convenience, here is a link to the USCIS.gov web site.

 

ImmigrationTracker has asked the USCIS Online Case Status Service for the status of your case.
Here's the response:

**Case Status**

**Receipt Number: LIN0313951119**

**Application Type: I485, Application to Register Permanent Residence or to Adjust Status**

**Current Status:**

Your I485 Application to Register Permanent Residence or to Adjust Status was received on March 28, 2003. We mailed you a receipt with information about processing. It is taking between 570 and 600 days for us to process this kind of case. We will mail you a decision as soon as processing is complete.

You can choose to receive automatic case status updates, which will be sent via email. Please click here to create an account online.

If you would like to see the Processing Dates for Applications and Petitions, click here.

Note: Case Status is available for Applications and Petitions which were filed at USCIS Service Centers. If you filed at a USCIS Local Office, your case status may not be reviewable online but for processing times on forms filed at that Office please, click here.

If you have a question about case status information provided via this site, or if you have not received a decision or advice from the USCIS within the projected processing time frame, please contact the National Customer Service Center at (800) 375 – 5283 or 1-800-767-1833 (TTY).

New Search

Printer Friendly Case Status

Get Acrobat Reader

03-22-2006 10:16 AM EST
For your convenience, here is a link to the USCIS.gov web site.

## Teresa Ruoff

**From:**   Ann A. Ruben
**Sent:**   Thursday, February 16, 2006 12:58 PM
**To:**   Teresa Ruoff
**Subject:** FW: [NEWSENDER] - CIS/AILA Liaison Request - Message is from an unknown sender


Ann A. Ruben
STEEL, RUDNICK & RUBEN
1608 Walnut Street
Suite 1500
Philadelphia, PA  19103
215-546-4333  (tel)
215-546-4222  (fax)

---

**From:** Melanie Corrin [mailto:mcorrin@allott.com]
**Sent:** Thursday, February 16, 2006 12:35 PM
**To:** Ann A. Ruben
**Subject:** [NEWSENDER] - CIS/AILA Liaison Request - Message is from an unknown sender

Dear Ann:

I am writing to let you know that I have transmitted an update request to the NSC Liaison for your request regarding Sumit Sen and Maria Christina Duran.  I have taken over liaison duties for the former liaison, and am sorry that it has taken so long to get back to you.  I will contact you as soon as I receive a response from the NSC.

Thank you for your continuted patience.


Melanie K. Corrin
Attorney at Law
Allott Immigration Law Firm
2305 E. Arapahoe Road, Ste. 100
Centennial, CO 80239
(303) 797-8055

Confidentiality Note: The information contained in this electronic mail is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you receive this communication in error, please notify us immediately by telephone at 303-797-8055 and return the original message to us at the above listed address via electronic mail. Thank you.

2/16/2006

## Teresa Ruoff

| | |
|---|---|
| **From:** | Rossana Lo [rlo@aila.org] |
| **Sent:** | Wednesday, February 15, 2006 4:21 PM |
| **To:** | Teresa Ruoff |
| **Cc:** | Ann A. Ruben |
| **Subject:** | RE: Prior AILA inquiries from Ann Ruben (AILA #2759) |

Hi, Teri and Ann!

Thanks for your email.

Scott has stepped down from the committee for personal reasons.
Melanie Corrin has replaced him.

I just emailed her to request she get an update from the NSC and then contact you directly.  Please give her a few days to do this; NSC's email servers are being switched so we can't contact them via the usual email address for a few days.

Thanks!

Best wishes,
Rossana

> -----Original Message-----
> **From:** Teresa Ruoff [mailto:TRuoff@SRRLaw.us]
> **Sent:** Wednesday, February 15, 2006 4:08 PM
> **To:** Rossana Lo
> **Cc:** Ann A. Ruben
> **Subject:** FW: Prior AILA inquiries from Ann Ruben (AILA #2759)
>
> Hello Rosanna,
>
> Re below, we still have not heard anything concerning these inquiries from Scott Roseland.  Can you please advise?  We appreciate your help.
>
> Teri
>
> ---
>
> **From:** Teresa Ruoff
> **Sent:** Monday, January 09, 2006 11:30 AM
> **To:** 'rlo@aila.org'
> **Subject:** Prior AILA inquiries from Ann Ruben (AILA #2759)
>
> Hello Rosanna and Happy New Year,
>
> I am writing to follow up on the I-485/I-131 inquiries for Sumit Sen and Maria Cristina Duran (principal and wife) made on 12/1/05, 11/30/2005 and 9/20/05.  The last inquiries were submitted to Scott Wright - we have heard nothing back regarding this or the other inquiries.
>
> The I-485 applications have been pending with Nebraska since 03/28/2003.
>
> The I-131 application have been pending since 05/06/2005.

4/3/2006

Sumit SEN's information is as follows:

A73012771
I-485 Receipt No. LIN-03-139-51084
I-131 Receipt No. LIN-05-165-53107

Maria Cristina DURAN's information is:

A96496862 (old) or **A77551790 (new)**
I-485 Receipt No. LIN-03-139-51119
I-131 Receipt No. LIN-05-165-53097

Rosanna, I suspect that Dr. Duran's A# may partially be an issue. We have learned from Dr. Sen that USCIS consolidated the A96496862 into **A77551790** for the purpose of her I-765 application and USCIS has indicated this number should be used for future filings.

As you can imagine, we are concerned about both applications but foremost the I-131 applications that now have been pending for 8 months.

Would it be possible for you to contact Scott and see if he has been able to learn anything? It has now been over 4 weeks since our last inquiry.

Thank you so much for your help and I look forward to hearing back from you.

Teri Ruoff on behalf of Ann Ruben (AILA #2759)

**From:** Rossana Lo [mailto:rlo@aila.org]
**Sent:** Thursday, December 01, 2005 3:54 PM
**To:** Ann A. Ruben; Teresa Ruoff
**Subject:** FW: DURAN I-131

Hi, Teri and Ann,

Thanks for Ms. Duran's LIN # for her I-131. I've forwarded this additional information to NSC Liaison Committee member Scott Wright and requested he contact Ann at his earliest convenience with an update on the I-485s and I-131s.

Below is your copy of what I've sent to Scott.

Thank you.

Best wishes,
Rossana

| 206.485* EB and I-131 | 03-139-51084 (I-485) 05-165-53107 (I-131) A73012771 03-139-51119 (I-485) 05-165-53097 (I-131) A96496862 | Ann Ruben P: 215.546.4333 F: 215.546.4222 | SEN, Sumit DURAN, Maria Cristina (wife) | ONPT. Filed EB I-485 on 3/27/03, a on 5/6/05. Ms. Duran's country of bi TAIWAN and cross-chargeability ap |

4/3/2006

-----Original Message-----
**From:** Teresa Ruoff [mailto:TRuoff@SRRLaw.us]
**Sent:** Thursday, December 01, 2005 3:42 PM
**To:** Rossana Lo
**Cc:** Ann A. Ruben
**Subject:** DURAN I-131

Hi Rosanna,

Ms. Duran's receipt number for her I-131 is LIN-05-165-53097.  Thanks so much for your help.

Teri

––––––

Teresa Ruoff
Paralegal
STEEL, RUDNICK & RUBEN
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103-5457
Phone:  (215) 546-4333
Fax:  (215) 546-4222
TRuoff@srrlaw.us