Message

# Teresa Ruoff

**From:** Rossana Lo [rlo@aila.org]
**Sent:** Monday, January 09, 2006 3:49 PM
**To:** Teresa Ruoff
**Subject:** RE: Prior AILA inquiries from Ann Ruben (AILA #2759)

You're welcome, Teresa. Please give Scott a few business days to touch base with his contacts at the NSC. If Ann doesn't hear from Scott by the end of the week, please let me know and I'll see what else we can do to assist.

Best wishes,
Rossana

-----Original Message-----
**From:** Teresa Ruoff [mailto:TRuoff@SRRLaw.us]
**Sent:** Monday, January 09, 2006 3:52 PM
**To:** Rossana Lo
**Subject:** RE: Prior AILA inquiries from Ann Ruben (AILA #2759)

Thank you Rosanna.

**From:** Rossana Lo [mailto:rlo@aila.org]
**Sent:** Monday, January 09, 2006 3:45 PM
**To:** Teresa Ruoff
**Subject:** RE: Prior AILA inquiries from Ann Ruben (AILA #2759)

Dear Teresa:

Happy New Year to you, too!

Thank you for the additional information. I have forwarded the below email to Scott Wright and have also asked he contact Ann directly with an update.

I have also updated our records to reflect Ms. Duran's new A#.

Please let me know if there's anything else I can do to assist you.

All the best,
Rossana

-----Original Message-----
**From:** Teresa Ruoff [mailto:TRuoff@SRRLaw.us]
**Sent:** Monday, January 09, 2006 11:30 AM
**To:** Rossana Lo
**Subject:** Prior AILA inquiries from Ann Ruben (AILA #2759)

Hello Rosanna and Happy New Year,

I am writing to follow up on the I-485/I-131 inquiries for Sumit Sen and Maria Cristina Duran (principal and wife) made on 12/1/05, 11/30/2005 and 9/20/05. The last inquiries were submitted to Scott Wright - we have heard nothing back regarding this or the other inquiries.

The I-485 applications have been pending with Nebraska since 03/28/2003.

The I-131 application have been pending since 05/06/2005.

Sumit SEN's information is as follows:

A73012771
I-485 Receipt No. LIN-03-139-51084
I-131 Receipt No. LIN-05-165-53107

Maria Cristina DURAN's information is:

A96496862 (old) or **A77551790 (new)**
I-485 Receipt No. LIN-03-139-51119
I-131 Receipt No. LIN-05-165-53097

Rosanna, I suspect that Dr. Duran's A# may partially be an issue. We have learned from Dr. Sen that USCIS consolidated the A96496862 into **A77551790** for the purpose of her I-765 application and USCIS has indicated this number should be used for future filings.

As you can imagine, we are concerned about both applications but foremost the I-131 applications that now have been pending for 8 months.

Would it be possible for you to contact Scott and see if he has been able to learn anything? It has now been over 4 weeks since our last inquiry.

Thank you so much for your help and I look forward to hearing back from you.

Teri Ruoff on behalf of Ann Ruben (AILA #2759)

**From:** Rossana Lo [mailto:rlo@aila.org]
**Sent:** Thursday, December 01, 2005 3:54 PM
**To:** Ann A. Ruben; Teresa Ruoff
**Subject:** FW: DURAN I-131

Hi, Teri and Ann,

Thanks for Ms. Duran's LIN # for her I-131. I've forwarded this additional information to NSC Liaison Committee member Scott Wright and requested he contact Ann at his earliest convenience with an update on the I-485s and I-131s.

Below is your copy of what I've sent to Scott.

Thank you.

Best wishes,
Rossana

| | | | | |
|---|---|---|---|---|
| 206.485*<br>EB<br><br>and I-131 | 03-139-51084 (I-485)<br>05-165-53107 (I-131)<br>A73012771<br><br>03-139-51119 (I-485) | Ann Ruben<br>P: 215.546.4333<br>F: 215.546.4222 | SEN, Sumit<br><br>DURAN, Maria<br>Cristina (wife) | ONPT. Filed EB I-485 on 3/2?<br>on 5/6/05. Ms. Duran's count<br>TAIWAN and cross-chargeab |

**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

Tuesday, December 6, 2005

SHARON WEST
STEEL, RUDNICK, & RUBEN
1608 WALNUT ST
STE1500
PHILADELPHIA PA 19103

**ATTORNEY/PARALEGAL COPY**

SUMIT SEN
23661 COBURG PL NW
POULSBO WA 98370

Dear SUMIT SEN:

On 11/23/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | SHARON WEST |
| **Case type:** | I131 |
| **Filing date:** | 05/06/2005 |
| **Receipt #:** | LIN-05-165-53107 |
| **Beneficiary (if you filed for someone else):** | SEN, SUMIT |
| **Your USCIS Account Number (A-number):** | A073012771 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

Due to Service Center caseload the process will take longer than normal processing. We will make every effort to complete this application as soon as possible.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

**Teresa Ruoff**

| | |
|---|---|
| **From:** | nscliaison [nscliaison@aila.org] |
| **Sent:** | Thursday, December 01, 2005 3:55 PM |
| **To:** | Teresa Ruoff |
| **Subject:** | RE: Nebraska Service Center Inquiry Form From Ann Ruben |

Thanks for the information, Teri!  I've just emailed you and Ann a confirmation and copy of the case information I've forwarded to NSC liaison committee member Scott Wright.

Best wishes,
Rossana Lo

-----Original Message-----
From: Teresa Ruoff [mailto:TRuoff@SRRLaw.us]
Sent: Wednesday, November 30, 2005 11:28 AM
To: nscliaison
Subject: FW: Nebraska Service Center Inquiry Form From Ann Ruben


Hi Rosanna,

I'm responding on behalf of Ann.  Dr. Sen and Ms. Duran are married.
Their applications are really overdue, and of course the immediate
concern are their advance paroles.  We truly appreciate your and AILA's
help with this, Rosannna, please let me know if you need any further
information.

Regards,
Teri Ruoff

-----Original Message-----
From: Ann A. Ruben
Sent: Wednesday, November 30, 2005 11:13 AM
To: Teresa Ruoff
Subject: FW: Nebraska Service Center Inquiry Form From Ann Ruben




Ann A. Ruben
STEEL, RUDNICK & RUBEN
1608 Walnut Street
Suite 1500
Philadelphia, PA   19103
215-546-4333  (tel)
215-546-4222  (fax)

-----Original Message-----
From: nscliaison [mailto:nscliaison@aila.org]
Sent: Wednesday, November 30, 2005 10:45 AM
To: Ann A. Ruben
Subject: FW: Nebraska Service Center Inquiry Form From Ann Ruben

Hi, Ann--we've received your AILA assistance request form for Sumit
Sen's I-131 and EB I-485.  I went through our record of active inquiries
and saw your original one sent in on 9-20-05.  Was the 9-20-05 one for
two separate, completely different, cases with no relationship to each
other save for being I-485s with "the country of birth is the TAIWAN and
cross-chargeability" issues?  Are Sumit Sen and Maria Cristina Duran
related by marriage?  By birth?

Thanks, in advance, for your clarification.

Best wishes,
Rossana Lo
Liaison and Information Associate

-----Original Message-----
From: aruben@srrlaw.us [mailto:aruben@srrlaw.us]
Sent: Tuesday, September 20, 2005 10:40 AM
To: nscliaison
Cc: aruben@srrlaw.us
Subject: Nebraska Service Center Inquiry Form From Ann Ruben


Date: 9/20/2005

We are in receipt of your Service Center Liaison Assistance Form. Below
are your responses. Please print out and keep for your files.

Form Type: I-485 Employment based

Other Type:

Attorney's Name: Ann Ruben
Email: aruben@srrlaw.us
Phone: (215) 546-4333
Fax: (215) 546-4222

Firm: Steel, Rudnick & Ruben
Member No: 2759

I824 Case Type:

G-28 Submitted: Yes

Receipt Date: March 27, 2003

Applicant Name: Sumit Sen

BenA_Name: Sumit Sen
BenA_Birth: 11/20/1962
BenA_Anumber: 73012771
BenA_Receipt_No: LIN-03-139-51084

BenB_Name: Maria Cristina Duran
BenB_Birth: 12/16/1966
BenB_Anumber: 96496862
BenB_Receipt_No: LIN-03-139-51119

BenC_Name:
BenC_Birth:
BenC_Anumber:
BenC_Receipt_No:

Problem: Please note:  Ms. Duran's country of birth is the TAIWAN and
cross-chargeability applies.

I-485 applications are well overdue.

Thank you for your assistance.


NCSC_Date A: August 16, 2005
NCSC_Response A: Inquiry would be submitted.  Correspondence received
from USCIS dated 8/17/05 refers to address change, not case status.
NCSC_Action A: yes

NCSC_Date B: 0 0, 0

```
NCSC_Response B:
NCSC_Action B:

NCSC_Date C: 0 0, 0
NCSC_Response C:
NCSC_Action C:

RFE A: no
RFE Response Date A: 0 0, 0
RFE Response A:

RFE B:
RFE Response Date B: 0 0,
RFE Response B:

RFE C:
RFE Response_Date C: 0 0, 0
RFE Response C:

Office_Transfer: No
Office_Name:
Transfer_Date_Month: 0
Transfer_Date_Day: 0
Transfer_Date_Year: 0

Confirmation: yes
```

3

## Teresa Ruoff

| | |
|---|---|
| **From:** | Rossana Lo [rlo@aila.org] |
| **Sent:** | Thursday, December 01, 2005 3:54 PM |
| **To:** | Ann A. Ruben; Teresa Ruoff |
| **Subject:** | FW: DURAN I-131 |

Hi, Teri and Ann,

Thanks for Ms. Duran's LIN # for her I-131. I've forwarded this additional information to NSC Liaison Committee member Scott Wright and requested he contact Ann at his earliest convenience with an update on the I-485s and I-131s.

Below is your copy of what I've sent to Scott.

Thank you.

Best wishes,
Rossana

| | | | | |
|---|---|---|---|---|
| 206.485* EB and I-131 | 03-139-51084 (I-485) 05-165-53107 (I-131) A73012771 03-139-51119 (I-485) 05-165-53097 (I-131) A96496862 | Ann Ruben P: 215.546.4333 F: 215.546.4222 | SEN, Sumit DURAN, Maria Cristina (wife) | ONPT. Filed EB I-485 on 3/27/03, and I-13 on 5/6/05. Ms. Duran's country of birth is TAIWAN and cross-chargeability applies. |

-----Original Message-----
**From:** Teresa Ruoff [mailto:TRuoff@SRRLaw.us]
**Sent:** Thursday, December 01, 2005 3:42 PM
**To:** Rossana Lo
**Cc:** Ann A. Ruben
**Subject:** DURAN I-131

Hi Rosanna,

Ms. Duran's receipt number for her I-131 is LIN-05-165-53097. Thanks so much for your help.

Teri

Teresa Ruoff
Paralegal
STEEL, RUDNICK & RUBEN
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103-5457
Phone: (215) 546-4333

Fax:  (215) 546-4222
TRuoff@srrlaw.us

## Teresa Ruoff

**From:** Rossana Lo [rlo@aila.org]
**Sent:** Thursday, December 01, 2005 3:51 PM
**To:** Teresa Ruoff
**Cc:** Ann A. Ruben
**Subject:** RE: DURAN I-131

Hi, Teri and Ann,

Thanks for Ms. Duran's LIN # for her I-131.  I've forwarded this additional information to NSC Liaison Committee member Scott Wright and requested he contact Ann at his earliest convenience with an update on the I-485s and I-131s.

Below is your copy of what I've sent to Scott.

Thank you.

Best wishes,
Rossana

| 206.485* EB and I-131 | 03-139-51084 (I-485) 05-165-53107 (I-131) A73012771 03-139-51119 A96496862 | Ann Ruben P: 215.546.4333 F: 215.546.4222 | SEN, Sumit DURAN, Maria Cristina (wife) | ONPT. Filed EB I-485 on 3/27/03, and I-13 on 5/6/05. Ms. Duran's country of birth is TAIWAN and cross-chargeability applies. |
|---|---|---|---|---|

-----Original Message-----
**From:** Teresa Ruoff [mailto:TRuoff@SRRLaw.us]
**Sent:** Thursday, December 01, 2005 3:42 PM
**To:** Rossana Lo
**Cc:** Ann A. Ruben
**Subject:** DURAN I-131

Hi Rosanna,

Ms. Duran's receipt number for her I-131 is LIN-05-165-53097.  Thanks so much for your help.

Teri

Teresa Ruoff
Paralegal
STEEL, RUDNICK & RUBEN
1608 Walnut Street, Suite 1500
Philadelphia, PA 19103-5457
Phone:  (215) 546-4333
Fax:  (215) 546-4222

TRuoff@srrlaw.us

**Teresa Ruoff**

**From:**       Teresa Ruoff
**Sent:**       Wednesday, November 30, 2005 11:28 AM
**To:**         nscliaison@aila.org
**Subject:**    FW: Nebraska Service Center Inquiry Form From Ann Ruben

Hi Rosanna,

I'm responding on behalf of Ann.  Dr. Sen and Ms. Duran are married.  Their applications are really overdue, and of course the immediate concern are their advance paroles.  We truly appreciate your and AILA's help with this, Rosannna, please let me know if you need any further information.

Regards,
Teri Ruoff

-----Original Message-----
From: Ann A. Ruben
Sent: Wednesday, November 30, 2005 11:13 AM
To: Teresa Ruoff
Subject: FW: Nebraska Service Center Inquiry Form From Ann Ruben



Ann A. Ruben
STEEL, RUDNICK & RUBEN
1608 Walnut Street
Suite 1500
Philadelphia, PA   19103
215-546-4333  (tel)
215-546-4222  (fax)

-----Original Message-----
From: nscliaison [mailto:nscliaison@aila.org]
Sent: Wednesday, November 30, 2005 10:45 AM
To: Ann A. Ruben
Subject: FW: Nebraska Service Center Inquiry Form From Ann Ruben

Hi, Ann--we've received your AILA assistance request form for Sumit Sen's I-131 and EB I-485.  I went through our record of active inquiries and saw your original one sent in on 9-20-05.  Was the 9-20-05 one for two separate, completely different, cases with no relationship to each other save for being I-485s with "the country of birth is the TAIWAN and cross-chargeability" issues?  Are Sumit Sen and Maria Cristina Duran related by marriage?  By birth?

Thanks, in advance, for your clarification.

Best wishes,
Rossana Lo
Liaison and Information Associate

-----Original Message-----
From: aruben@srrlaw.us [mailto:aruben@srrlaw.us]
Sent: Tuesday, September 20, 2005 10:40 AM
To: nscliaison
Cc: aruben@srrlaw.us
Subject: Nebraska Service Center Inquiry Form From Ann Ruben


Date: 9/20/2005

We are in receipt of your Service Center Liaison Assistance Form. Below are your

responses. Please print out and keep for your files.

Form Type: I-485 Employment based

Other Type:

Attorney's Name: Ann Ruben
Email: aruben@srrlaw.us
Phone: (215) 546-4333
Fax: (215) 546-4222

Firm: Steel, Rudnick & Ruben
Member No: 2759

I824 Case Type:

G-28 Submitted: Yes

Receipt Date: March 27, 2003

Applicant Name: Sumit Sen

BenA_Name: Sumit Sen
BenA_Birth: 11/20/1962
BenA_Anumber: 73012771
BenA_Receipt_No: LIN-03-139-51084

BenB_Name: Maria Cristina Duran
BenB_Birth: 12/16/1966
BenB_Anumber: 96496862
BenB_Receipt_No: LIN-03-139-51119

BenC_Name:
BenC_Birth:
BenC_Anumber:
BenC_Receipt_No:

Problem: Please note: Ms. Duran's country of birth is the TAIWAN and cross-chargeability applies.

I-485 applications are well overdue.

Thank you for your assistance.


NCSC_Date A: August 16, 2005
NCSC_Response A: Inquiry would be submitted.  Correspondence received from USCIS dated 8/17/05 refers to address change, not case status.
NCSC_Action A: yes

NCSC_Date B: 0 0, 0
NCSC_Response B:
NCSC_Action B:

NCSC_Date C: 0 0, 0
NCSC_Response C:
NCSC_Action C:

RFE A: no
RFE Response Date A: 0 0, 0
RFE Response A:

RFE B:
RFE Response Date B: 0 0,
RFE Response B:

```
RFE C:
RFE Response_Date C: 0 0, 0
RFE Response C:

Office_Transfer: No
Office_Name:
Transfer_Date_Month: 0
Transfer_Date_Day: 0
Transfer_Date_Year: 0

Confirmation: yes
```

**Teresa Ruoff**

| | |
|---|---|
| **From:** | Ann A. Ruben |
| **Sent:** | Wednesday, November 30, 2005 11:13 AM |
| **To:** | Teresa Ruoff |
| **Subject:** | FW: Nebraska Service Center Inquiry Form From Ann A. |

```
Ann A. Ruben
STEEL, RUDNICK & RUBEN
1608 Walnut Street
Suite 1500
Philadelphia, PA    19103
215-546-4333  (tel)
215-546-4222  (fax)
```

-----Original Message-----
From: nscliaison [mailto:nscliaison@aila.org]
Sent: Wednesday, November 30, 2005 10:51 AM
To: Ann A. Ruben
Subject: RE: Nebraska Service Center Inquiry Form From Ann A.

Hi, Ann--Is Ms. Duran in any way related to Sumit Sen?

Thanks,
Rossana

-----Original Message-----
From: Ruben [mailto:Ruben]
Sent: Wednesday, November 30, 2005 10:40 AM
To: nscliaison
Cc: Ruben
Subject: Nebraska Service Center Inquiry Form From Ann A.


Date: 11/30/2005

We are in receipt of your Service Center Liaison Assistance Form. Below are your
responses. Please print out and keep for your files.

Form Type: I-131 other apps, I-485 Employment based

Other Type:

Attorney's Name: Ann A.
Email: Ruben
Phone: 215.546.4333
Fax: 215.546.4222

Firm: Steel, Rudnick & Ruben
Member No: 2759

I824 Case Type:

I485 Current: Yes

G-28 Attorney: Ann A. Ruben

Receipt Date: May 6, 2005

Applicant Name: Maria Cristina DURAN

```
BenA_Name: Maria Cristina DURAN
BenA_Birth: 12/13/1966
BenA_Anumber: 96496862
BenA_Receipt_No: LIN-05-165-53097

BenB_Name: Maria Cristina DURAN
BenB_Birth: 12/13/1966
BenB_Anumber: 96496862
BenB_Receipt_No: LIN-03--139-51119

BenC_Name:
BenC_Birth:
BenC_Anumber:
BenC_Receipt_No:

Problem: Applications are well overdue.

NCSC_Date A: August 30, 2005
NCSC_Response A: Delays are due to security checks.
NCSC_Action A: yes

NCSC_Date B: 0 0, 0
NCSC_Response B:
NCSC_Action B:

NCSC_Date C: 0 0, 0
NCSC_Response C:
NCSC_Action C:

RFE A: no
RFE Response Date A: 0 0, 0
RFE Response A:

RFE B:
RFE Response Date B: 0 0,
RFE Response B:

RFE C:
RFE Response_Date C: 0 0, 0
RFE Response C:

Office_Transfer: No
Office_Name:
Transfer_Date_Month: 0
Transfer_Date_Day: 0
Transfer_Date_Year: 0

Confirmation: yes
```

**Teresa Ruoff**

**From:** Ann A. Ruben
**Sent:** Wednesday, November 30, 2005 10:37 AM
**To:** Teresa Ruoff
**Subject:** FW: Nebraska Service Center Inquiry Form From Ann Ruben


Ann A. Ruben
STEEL, RUDNICK & RUBEN
1608 Walnut Street
Suite 1500
Philadelphia, PA   19103
215-546-4333  (tel)
215-546-4222  (fax)

-----Original Message-----
From: aruben@srrlaw.us [mailto:aruben@srrlaw.us]
Sent: Wednesday, November 30, 2005 10:26 AM
To: nscliaison@aila.org
Cc: Ann A. Ruben
Subject: Nebraska Service Center Inquiry Form From Ann Ruben

Date: 11/30/2005

We are in receipt of your Service Center Liaison Assistance Form. Below are your
responses. Please print out and keep for your files.

Form Type: I-131 other apps, I-485 Employment based

Other Type:

Attorney's Name: Ann Ruben
Email: aruben@srrlaw.us
Phone: 215.546.4333
Fax: 215.546.4222

Firm: Steel, Rudnick & Ruben
Member No: 2759

I824 Case Type:

I485 Current: Yes

G-28 Attorney: Ann A. Ruben

Receipt Date: March 27, 2003

Applicant Name: Sumit SEN

BenA_Name: Sumit Sen (I-485)
BenA_Birth: 11/20/1962
BenA_Anumber: 73012771
BenA_Receipt_No: LIN-03-139-51084

BenB_Name: Sumit Sen (I-131)
BenB_Birth: 11/20/1962
BenB_Anumber: 73012771
BenB_Receipt_No: LIN-05-165-53107

BenC_Name:
BenC_Birth:

BenC_Anumber:
BenC_Receipt_No:

Problem: AILA Liaison was contacted and on 09/21 we were advised that Scott Wright would be looking into this matter.  We have not received a response to date.

I-485 has been pending since 03/27/03 -Cross-chargeability (Taiwan) applies to this application. Form I-131 has been pending since 05/06/2005.

NCSC_Date A: August 30, 2005
NCSC_Response A: Delays are due to security checks.
NCSC_Action A: yes

NCSC_Date B: 0 0, 0
NCSC_Response B:
NCSC_Action B:

NCSC_Date C: 0 0, 0
NCSC_Response C:
NCSC_Action C:

RFE A: no
RFE Response Date A: 0 0, 0
RFE Response A:

RFE B:
RFE Response Date B: 0 0,
RFE Response B:

RFE C:
RFE Response_Date C: 0 0, 0
RFE Response C:

Office_Transfer: No
Office_Name:
Transfer_Date_Month: 0
Transfer_Date_Day: 0
Transfer_Date_Year: 0

Confirmation: yes



## Liaison Assistance Form Receipt

We are in receipt of your form. Thank you.

Your request has been forwarded to the AILA National Office. The National Office sorts the requests and sends appropriate inquiries to the applicable Committee member for action, or notifies the inquiring member if the subject is not appropriate for liaison assistance. Once an inquiry is forwarded to the Committee member for submission to the Service Center, the National Office has no further involvement (other than that associated with monitoring the inquiries for trends to raise as general liaison matters). In other words, once the request has been forwarded to a committee member, expect to hear back from the Liaison committee member, not from the National Office, on your case. The AILA National Office will, however, email you when the inquiry is sent to the Committee to let you know which Committee member is handling your inquiry.

Return to Individual Cases Liaison Assistance Homepage.



**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

## U.S. Citizenship and Immigration Services

Tuesday, November 29, 2005

ANN RUBEN
STEEL, RUDNICK & RUBEN
1608 WALNUT STR
STE 1500
PHILADELPHIA PA 19103

**ATTORNEY/PARALEGAL COPY**

MARIA CRISTINA DURA
23661 COBURG PL NW
POULSBO WA 98370

Dear MARIA CRISTINA DURA:

On 11/23/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | WEST, SHARON |
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | ANN RUBEN |
| **Case type:** | I131 |
| **Filing date:** | 05/06/2005 |
| **Receipt #:** | LIN-05-165-53097 |
| **Beneficiary (if you filed for someone else):** | DURA, MARIA, CRISTINA |
| **Your USCIS Account Number (A-number):** | A096496862 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. We are currently awaiting the results of required security checks on this case. These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

Thursday, September 15, 2005

SHARON WEST
STEEL, RUDNICK, & RUBEN
1608 WALNUT ST
STE 1500
PHILADELPHIA PA 19103

**ATTORNEY/PARALEGAL COPY**

SUMIT SEN
23661 COBURG PL NW
POULSBO WA 98370

Dear SUMIT SEN:

On 08/30/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | SHARON WEST |
| **Case type:** | I765 |
| **Filing date:** | 05/02/2005 |
| **Receipt #:** | LIN-05-163-50486 |
| **Beneficiary (if you filed for someone else):** | SEN, SUMIT |
| **Your USCIS Account Number (A-number):** | A073012771 |
| **Type of service requested:** | Non-delivery |

The status of this service request is:

The status of this service request shows your Employment Authorization Document was mailed to you 6/4/2005. It has not been returned to the Service as undeliverable. If you have not received your document you will need to file a new I-765 with fee and supporting documentation.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.



**Liaison Assistance Form Receipt**

We are in receipt of your form. Thank you.

Your request has been forwarded to the AILA National Office. The National Office sorts the requests and sends appropriate inquiries to the applicable Committee member for action, or notifies the inquiring member if the subject is not appropriate for liaison assistance. Once an inquiry is forwarded to the Committee member for submission to the Service Center, the National Office has no further involvement (other than that associated with monitoring the inquiries for trends to raise as general liaison matters). In other words, once the request has been forwarded to a committee member, expect to hear back from the Liaison committee member, not from the National Office, on your case. The AILA National Office will, however, email you when the inquiry is sent to the Committee to let you know which Committee member is handling your inquiry.

Return to <u>Individual Cases Liaison Assistance Homepage</u>.

**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship
and Immigration
Services**

Friday, September 2, 2005

SHARON WEST
STEEL, RUDNICK, & RUBEN
1608 WALNUT ST
STE 1500
PHILADELPHIA PA 19103

**ATTORNEY/PARALEGAL COPY**

SUMIT SEN
23661 COBURG PL NW
POULSBO WA 98370

Dear SUMIT SEN:

On 08/30/2005 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | SHARON WEST |
| **Case type:** | I131 |
| **Filing date:** | 05/06/2005 |
| **Receipt #:** | LIN-05-165-53107 |
| **Beneficiary (if you filed for someone else):** | SEN, SUMIT |
| **Your USCIS Account Number (A-number):** | A073012771 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The I-131's that were filed by Sumit and Cristina are both  going through security checks.The processing of your case has been delayed.  We are currently awaiting the results of required security checks on this case.  These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete.  If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

Also, it is noted that you both have different last names and one of you will not receive the approval unless both names are on your mail box.  The mailman/woman does not have to leave Immigration mail if the names are not on the mail box.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services



**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521

# U.S. Citizenship
# and Immigration
# Services

Friday, September 2, 2005

SHARON WEST
STEEL, RUDNICK, & RUBEN
1608 WALNUT ST
STE1500
PHILADELPHIA PA 19103

**ATTORNEY/PARALEGAL COPY**

SUMIT SEN
23661 COBURG PL NW
POULSBO WA 98370

Dear SUMIT SEN:

On 08/30/2005 you, or the designated representative shown below, contacted us about your case.  Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | SHARON WEST |
| **Case type:** | I131 |
| **Filing date:** | 05/06/2005 |
| **Receipt #:** | LIN-05-165-53107 |
| **Beneficiary (if you filed for someone else):** | SEN, SUMIT |
| **Your USCIS Account Number (A-number):** | A073012771 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The I-131's that were filed by Sumit and Cristina are both  going through security checks.The processing of your case has been delayed.  We are currently awaiting the results of required security checks on this case.  These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete.  If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact
us by calling our customer service number provided below.

Also, it is noted that you both have different last names and one of you will not receive the approval unless both names are on your mail box.  The mailman/woman does not have to leave Immigration mail if the names are not on the mail box.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

# Steel, Rudnick & Ruben

**1608 Walnut Street, Suite 1500**
**Philadelphia, PA  19103**
**215-546-4333**
**215-546-4222 fax**

# Memo

|        |                                                    |
| ------ | -------------------------------------------------- |
| **To:**   | Teri                                            |
| **From:** | Sharon                                          |
| **Re:**   | Status 765 & 131; Sumit SEN & Maria DURAN       |
| **Date:** | 8/30/2005                                       |

1. I-131 status inquiry submitted for Sumit & Maria.  We will receive notice within 30 days.

2. I-765 Approved for Sumit on June 4, 2005.  A Non-Delivery Referral was submitted by service representative  (Delena).  Notice will be received within 2-4 weeks.

*Sumit 765 ← June 4, 2005 Approved - Non Delivery Referral Done (Delena)*

## USCIS National Customer Service Center
### Case Status Inquiry
**1-800-375-5283 (1-9-2-1) Operator**

Processing Date: 9/17/05

| | Name 1 | Name 2 | Name 3 | Name 4 |
|---|---|---|---|---|
| I-131 | | | | |
| Receipt Date | 05/06/2005 | Sumit | | |
| Notice Date | 05/06/2005 | Sumit | | |
| LIN   Rcpt # | 05-165-53107 | 05-165-53097 | | |
| Alien # (A) | A 73-012-771 | A 96-496-862 | A | A |
| Full Name | SEN | DURAN | | |
| | Sumit | Maria Cristina | | |
| Address | 23661 Coburg Place NW Poulsbo WA 98370 | | | |
| Date of Birth | 11/20/1962 | 12/13/1966 | | |
| Country/Birth & Citizenship | India | Taiwan | | |
| Attorney Info | Richard Steel | Lawrence Rudnick | Ann Ruben | |
| | 1608 Walnut Street; Suite 1500 Philadelphia, PA 19103 | | (215) 546-4333 | |

Press 1 for English
Press 2 (follow up on an application/petition already filed with us)
Press 6 (check on the status of the case)
Press 1 – if you have the ???#
Enter principal applicant's receipt number (sample) – EAC0406452775
Listen to the number entered, if correct, press 1
Press 3 to continue to the next step
Press 3 - case is outside of the processing step
Press 1 - case is more then 30 days outside of processing time and you have
not heard anything in 60 days. This will connect you to a cust service rep.

# Steel, Rudnick & Ruben

1608 Walnut Street, Suite 1500
Philadelphia, PA 19103
215-546-4333
215-546-4222 fax

# Memo

**To:** SW

**From:** TAR

**Re:** Sumit SEN

**Date:** 8/24/2005

Sharon,

I can't find the receipts for their advance parole applications.  Please get the info from Tracker for Sumit and Tina's applications and make inquiries for both.

Please also make an inquiry re Sumit's 765 application (receipt is attached).

Thanks,

Teri

Sumit Sen
I-131
LIN 05-165-53107

I-131 Maria Duran
LIN 05-165-53097

**U.S. Department of Homeland Security**
Nebraska Service Center
P.O. Box 82521
Lincoln, NE 68501-2521



**U.S. Citizenship and Immigration Services**

Wednesday, August 17, 2005

SUMIT SEN
23661 COBURG PL NW
POULSBO WA 98370

Dear SUMIT SEN:

On 08/16/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | WEST, SHARON |
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | ANN RUBEN |
| **Case type:** | I485 |
| **Filing date:** | 03/28/2003 |
| **Receipt #:** | LIN-03-139-51084 |
| **Beneficiary (if you filed for someone else):** | SEN, SUMIT |
| **Your USCIS Account Number (A-number):** | A073012771 |
| **Type of service requested:** | Case Status - Outside Processing Time |
| | Change of Address |

The status of this service request is:

Recently, you called us to update your address. We have updated your address in our systems and on your application or petition. Thank you for notifying us of your change of address. If you change your address again in the future, please contact customer service at the number provided below.
Your application/petition is currently pending, when a decision has been made you will be notified in writing, Thank you for your patience.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. CIS - 08-17-2005 10:17 AM EDT - LIN-03-139-51084

Received Fax :              Sep 01 2005 11:57AM    Fax Station : Steel, Rudnick & Ruben    p. 2

U.S. Department of Homeland Security
P.O. Box 82521
Lincoln, NE 68501-2521



U.S. Citizenship
and Immigration
Services

Dear Customer,

Please note that all address changes must be reported so that we may be better able to contact you regarding the processing of your application or petition should the need arise.

Every person over the age of 14 who is not a citizen of the United States or in "A" or "G" nonimmigrant status must complete a Form AR-11 within 10 days of the address change. To process an address change with the Department of Homeland Security, complete Form AR-11 and mail it to the address indicated below. Where possible, please provide an A-number (from your Alien Registration Card) a receipt number other identifying numbers. *Failure to complete all applicable sections may delay processing of the form*.

Mail the completed form to:

    Department of Homeland Security
    Change of Address
    P.O. Box 7134
    London, KY  40742-7134

For your convenience the reverse side of this letter contains a copy of Form AR-11. You may obtain additional copies of Form AR-11 from our website at http://www.uscis.gov , our Forms Request Line at (800) 870-3676 or by contacting our National Customer Service Center at (800) 375-5283. Photocopies are also acceptable.

Sincerely,

*[signature: Evelyn M. Upchurch]*

Evelyn M. Upchurch
Acting Director

Nebraska Service Center                                            www.uscis.gov

# Steel, Rudnick & Ruben

1608 Walnut Street, Suite 1500
Philadelphia, PA 19103
215-546-4333
215-546-4222 fax

# Memo

**To:** Teri

**From:** Sharon

**Re:** Status Change; Sumit SEN/ Maria Cristina DURAN

**Date:** 8/16/2005

Spoke with NCSC rep, Donna. She submitted status inquiry for 485's. We should receive notice within 30 days.

Sept 16, 2005   Donna 6659   will   summitted inquiry   today

**USCIS National Customer Service Center**
**Case Status Inquiry**
**1-800-375-5283 (1-9-2-1) Operator**

| | Name 1 | Name 2 | Name 3 | Name 4 |
|---|---|---|---|---|
| Processing Date | July 01, 2003 Nov 01, 2003 Dec 01, 2003 | | | |
| Notice Date | March 28, 2003 | June | | |
| Received Date | March 27, 2003 | June | | |
| Lien # (A) | LIN Rcpt # 03-139-51084 | A 73 012 771 | | |
| | A 73 012 771 | 03-139-51114 A 96 496 862 | A | A |
| Full Name | Sumit SEN | Maria C. DURAN | | |
| Date of Birth | Nov 20, 1962 | Dec 15, 1966 | | |
| Country/Birth | India/Source | China | | |
| Address | 4/7/2003 23661 Coburg Place NW Poulsbo, WA 98370 | 12434 Chickadee Lane NW Apt. 103 Silverdale WA 78383 | | |
| Attorney Info | Richard Steel 1608 Walnut Street, Suite 1500 Philadelphia, PA 19103 | Lawrence Rudnick Ann Ruben (215) 546-4333 | | |

Press 1 for English
Press 2 (follow up on an application/petition already filed with us)
Press 6 (check on the status of the case)
Press 1 – if you have the ???#
Enter principal applicant's receipt number (sample) – EAC0406452775
Listen to the number entered, if correct, press 1
Press 3 to continue to the next step
Press 3 – case is outside of the processing time
Press 1 – case is more then 30 days outside of processing time and you have not heard anything in 60 days. This will connect you to a cust service rep.