UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RECEIVED
NOV 1 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMIT SEN and MARIA DURAN,<br>Plaintiffs,<br>v.<br>GERARD HEINAUER,<br>USCIS; Nebraska Service Center | ) Case No. 07-04588 SC;<br>)<br>) STIPULATED MOTION<br>) TO DIMISS AND<br>) PROPOSED ORDER |

NOW COME, Plaintiffs and Defendant in the above matter, by and through undersigned counsels and respectfully request this Honorable Court grant this stipulated motion in light of recent case activity. In support of this request, Plaintiffs' counsel submits that the desired adjustment of status has been procured and the Plaintiffs no longer wish to pursue federal action.

WHEREFORE, the below parties pray this Honorable Court grant this motion and dismiss the case. SO STIPULATED.

Respectfully submitted:

James R. Mayock
Attorney for Plaintiffs

and

Melanie Proctor
Assistant U.S. Attorney

Dated:
11/16/07

## ORDER

1  IT IS SO ORDERED THAT THE ABOVE MATTER IS **HEREBY** DISMISSED AND NO
2  FURTHER ACTION WILL BE TAKEN.

_____
Samuel Conti
United States District Judge

_____
Date